IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ABC SUPPLY CO., INC.**
                                                            **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 3:24-cv-335-SA-JMV**

**BYRD ON THE ROOF, LLC;**
**and DAKOTA BYRD**                                                      **DEFENDANTS**

<u>**ORDER STAYING CASE**</u>

On January 6, 2025, ABC Supply, the Plaintiff in this case, filed a suggestion of bankruptcy as to Dakota Byrd [Dkt. 6]. Therefore, according to 11 U.S.C. § 362, this action is **STAYED.**.

**SO ORDERED**, this the 21st day of January, 2025.

                                                      <u>/s/ Jane M. Virden</u>
                                                      **UNITED STATES MAGISTRATE JUDGE**